# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Marqchello Devohn Jordan                      Docket No. 2:05-CR-26-1BR

**Petition for Action on Supervised Release**

    COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Marqchello Devohn Jordan, who, upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base (Crack), in violatoin of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on May 9, 2006, to the custody of the Bureau of Prisons for a term of 81 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

    On September 12, 2008, pursuant to a motion for a sentence reduction under 18 U.S.C. § 3582(c)(2), the defendant's term of imprisonment was reduced from 81 months to 65 months.

    Marqchello Devohn Jordan was released from custody on April 12, 2010, at which time the term of supervised release commenced.

    On July 29, 2011, a Violation Report was submitted to the court advising that the defendant had tested positive for marijuana on July 27, 2011. The defendant admitted using marijuana on or about July 22, 2011. He was verbally reprimanded, returned to the beginning phase of the Surprise Urinalysis Program and permitted to continue on supervision with no further action taken.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    The defendant advised the probation officer that he is having difficulty dealing with events that occurred during his childhood and adult life for which he has never sought counseling for. However, the defendant believes he could now benefit from counseling and has asked for assistance. In an effort to afford the defendant the opportunity to obtain whatever assistance and counseling he might need, we are recommending the conditions of supervision be modified to include participation in a program of mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Marqchello Devohn Jordan
Docket No. 2:05-CR-26-1BR
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: April 25, 2013 |

**ORDER OF COURT**

Considered and ordered this  25  day of  April , 2013, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge